THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEPHANIE S. EBERHARTER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HOLLY ERIN WHITE and JULIA LACEY, individuals, KEYBANK, an Ohio Corporation, and BANK OF AMERICA, N.A., a Delaware Corporation.<br><br>Defendants. | No. 2:22-cv-01027-RAJ<br><br>ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO SEVER AND REMAND |

THIS MATTER, having come before the Court pursuant to Plaintiff's Unopposed Motion to Sever and Remand (the "Motion"), in the above-captioned mater, and the Court having considered Plaintiff's Unopposed Motion to Sever and Remand, and all other pleadings and records on file herein.

After considering the forgoing, the Court GRANTS Plaintiff's motion. Plaintiff's claims against Defendants Holly Erin White and Julia Lacey shall be severed from this action and remanded back to King County Superior Court (the "State Court") for purposes of collecting on judgment.[1]

DATED this 9th day of September, 2022.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

---

[1] This order does not modify Ms. Eberharter's claims against Defendants BANA and KeyBank.

ORDER GRANTING PLAINTIFF'S
MOTION TO SEVER AND REMAND - 1
No. 22-cv-01027-RAJ

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686